

# NUMBER 13-20-00570-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**EDINBURG CONSOLIDATED
INDEPENDENT SCHOOL DISTRICT,**                                    **Appellant,**

**v.**

**GREVIL O. AYALA,**                                                          **Appellee.**

---

### On appeal from County Court at Law No. 2
### of Hidalgo County, Texas.

---

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Order Per Curiam**

Appellee's retained counsel, Carlos E. Hernandez, Jr., has filed a motion to withdraw as attorney of record and a motion for extension of time to file appellee's brief. We GRANT both motions. Pursuant to Rule 6.5(c) of the Texas Rules of Appellate Procedure, counsel is directed to notify appellee, in writing, of any previously undisclosed

deadlines and file a copy of that notice with the clerk of this court.

Appellee is ordered to file a brief on or before June 10, 2021. Furthermore, appellee is directed to notify the Court promptly if he retains new counsel on appeal by filing a notice including that attorney's name, email address, mailing address, telephone number, facsimile number, and State Bar of Texas identification number. *See generally* Tex. R. App. P. 6.

PER CURIAM

Delivered and filed the
27th day of May, 2021.